UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | | |
|---|---|---|
| REFUGIO ESCALANTE, | ) | No. ED CV 15-2112-R (PLA) |
| Plaintiff, | ) | **JUDGMENT** |
| v. | ) | |
| MARK RIVAS, aka, MARK RAVIS, | ) | |
| Defendant. | ) | |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed without prejudice to plaintiff raising his claims in a petition for writ of habeas corpus.

DATED: November 30, 2015

_____
HONORABLE MANUEL L. REAL
UNITED STATES DISTRICT JUDGE